■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY NEELY, Also Known as COREY EVERETTE, Appellant. [951 NYS2d 876]—

The court properly exercised its discretion in determining that substantial justice dictated denial of the defendant's motion (*see e.g. People v Gonzalez*, 29 AD3d 400 [2006], *lv denied* 7 NY3d 867 [2006]). Defendant has demonstrated a "chronic inability to control his behavior while at liberty" (*People v Correa*, 83 AD3d 555, 556 [1st Dept 2011], *lv denied* 17 NY3d 805 [2011]), committing numerous crimes while on parole and even

while his resentencing application was pending. Concur—Friedman, J.P., Moskowitz, Freedman, Richter and Abdus-Salaam, JJ.